IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASHAR SABBAGH,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>INSURANCE AUTO AUCTIONS, INC., *et al.*,<br><br>　　　　*Defendants.* | No. 24-cv-06742-JKS-CLW<br><br>**CERTIFICATE OF SERVICE** |

　　I hereby certify that, on the date appearing below, I served my clients' reply memorandum of law in further support of their motion to dismiss, together with this Certificate of Service, via ECF upon:

| | |
|---|---|
| Bashar Sabbagh, *pro se*<br>160 Johnson Avenue<br>Hackensack, N.J. 07601<br>Fax: 201-880-8616<br>Bashar615@yahoo.com | Mark S. Hanna, Esq.<br>Kinney Lisovicz Reilly & Wolff PC<br>299 Cherry Hill Road, Suite 300<br>PO Box 912<br>Parsippany, NJ 07054<br>mark.hanna@klrw.law<br><br>*Attorney for Ritchie Bros. Auctioneers, Inc., RB Global, Inc., Ann M. Fandozza and James Francis Kessler* |
| Date: July 25, 2024 | /s/ Jonathan R. Miller, Esq.<br>The Law Firm of Jonathan R. Miller<br>100 Overlook Center, 2nd Floor<br>Princeton, N.J. 08540<br>Tel. (609) 955-1226<br>Fax (609) 964-1026<br>jonathan.miller@lawyer.com<br><br>*Attorney for Insurance Auto Auctions, Inc., Golden State Automarket LLC, Oleksii Omelchenko and Dina Omelchenko* |