Bashar Sabbagh  
160 Johnson Avenue  
Hackensack, New Jersey 07601  
(201) 655-2000, Fax (201)880-8616  
Email: bashar615@yahoo.com  

October 9, 2024

<u>Via ECF</u>  
United States District Court  
District of New Jersey  
Honorable Jamel K. Semper, U.S.D.J  
Martin Luther King Building & U.S. Courthouse  
50 Walnut St.  
Newark, NJ 07102

    Re: **Sabbagh v. Insurance Auto Auctions, Golden State Automarket et al.,**  
        **Case No.: 2:24-cv-06742**

Dear Judge Samper:

    I am a Pro Se Plaintiff in the above mentioned case and respectfully would like to ask the court if there has been any ruling made by the court on this case. Since I have not received any notifications regarding the case which had a Motion Day of August 5, 2024.

Respectfully submitted,

*[signature]*

Bashar Sabbagh  
Pro-Se Plaintiff