<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASHAR SABBAGH,<br><br>*Plaintiff,*<br><br>v.<br><br>INSURANCE AUTO AUCTIONS, INC., et al.,<br><br>*Defendants.* | Case No.: 24-cv-06742-JKS-CLW<br><br>**ORDER**<br><br>December 26, 2024 |

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court upon two motions to dismiss: (1) Defendants Golden State Automarket LLC, Insurance Auto Auctions, Inc., Dina Omelchenko, and Oleksii Omelchenko's ("GSA Defendants") motion to dismiss pro se Plaintiff Bashar Sabbagh's ("Plaintiff" or "Sabbagh") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (ECF 2); and (2) Defendants Ann M. Fandozzi, James Francis Kessler, RB Global, Inc., and Ritchie Bros. Auctioneers, Inc.'s ("RB Defendants") motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). (ECF 5.) The Court reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in this Court's December 26, 2024 Opinion,

**IT IS** on this 26th day of December 2024,

**ORDERED** that GSA Defendants' motion to dismiss (ECF 2) is **GRANTED**; and it is further

2

**ORDERED** that RB Defendants' motion to dismiss (ECF 5) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction; and it is further

**ORDERED** that Plaintiff is hereby granted leave to file an amended complaint consistent with the accompanying Opinion within 30 days; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED** pending the submission of an amended complaint.

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    Cathy L. Waldor, U.S.M.J.
       Parties